FILED

SEP 1 0 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MAURICIO REYES, and<br>MARIAELISA MACIAS<br><br>　　　　　Defendants. | Criminal Case No. 20-cr-02711-WQH<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 371 Conspiracy<br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2<br>Aiding and Abetting |

The United States Attorney charges:

## COUNT 1

Beginning on a date unknown but at least as early as July 20, 2020, and continuing up to and including on or about July 22, 2020, within the Southern District of California, defendants JESUS MAURICIO REYES and MARIAELISA MACIAS did knowingly and intentionally combine, conspire and agree to commit an offense against the laws of the United States, to wit, to knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, in violation of Title 18, United States Code, Sections 545 and 2.

In furtherance of the conspiracy, the following overt acts were committed within the Southern District of California:

1. On or about July 22, 2020, in San Diego, California, defendants JESUS MAURICIO REYES and MARIAELISA MACIAS entered the United States from Mexico with thirty-seven containers of undeclared Mexican pesticides.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about July 22, 2020, within the Southern District of California, defendants JESUS MAURICIO REYES and MARIAELISA MACIAS did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, 24 one-liter bottles of "Biozyme TF," 7 one-liter bottles of "Furadan," 5 one-liter bottles of "Biomec," and 1 nine hundred and sixty milliliter bottle of "Tetrasan," in violation of Title 18, United States Code, Sections 545 and 2.

DATED: September 3, 2020

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Melanie K. Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney